2/10

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

BRENDA WEBB

V.

JEFF ROSE ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 035 S

TO: (Name and address of Defendant)

YOCAHU, LLC, Agent For Service Steven McInnis, Esquire
38 Bellevue Avenue
Newport, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian R. Cunha, Esquire
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/28/05

(By) DEPUTY CLERK

(2)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Feb. 11, 2005 |
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): N St— M. McI— Stephen McInnis Esq. A.F.S. Vocahu LLC 28 Bellevue Ave. Newport R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/11/05
Date

[signature]
Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 MAR -2 A 11:47

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED