# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BRENDA WEBB

PLAINTIFF,

V.

JEFF ROSE, INDIVIDUALLY AND
D/B/A YOCAHU, LLC

DEFENDANTS.

C.A. NO. 05-035-S

## ANSWER

The Defendants, Jeff Rose and Yocahu, LLC (collectively the "Defendants"), hereby answer the Plaintiff's Complaint as follows:

1. Admit.

2. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

3. Denied.

4. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

5. Admit.

6. Admit.

7. The Defendants reallege their answers to paragraphs 1 through 6 as if fully stated herein.

3

8. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

9. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

10. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

11. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

12. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

13. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

14. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

15. Denied.

16. The Defendants reallege their answers to paragraphs 1 through 16 as if fully stated herein.

17. Denied.

18. The Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation and leaves Plaintiff to her proof.

**Affirmative Defense No. 1**

With regard to Defendant Jeff Rose, Plaintiff's claims are barred due to an insufficiency of service of process.

**Affirmative Defense No. 2**

The Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

**Affirmative Defense No. 3**

The Plaintiff's claims are barred by the doctrine of Assumption of Risk.

**Affirmative Defense No. 4**

Any loss suffered by the Plaintiff was due to the negligence of the Plaintiff or some other third party over whom the Defendants exercised no control.

**Affirmative Defense No. 5**

The Defendants' liability for the Plaintiff's alleged injuries are limited in accord with the provisions under the Limitation of Liability Act, 46 U.S.C. §§ 181 *et seq*.

**Affirmative Defense No. 6**

The Plaintiff's claims are barred because she does not have a right to relief under the Jones Act.

**JEFF ROSE AND YOCAHU, LLC**

By their attorneys,

R. Daniel Prentiss, Esq. (#0783)
John P. Walsh, Esq. (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

Dated: 3rd day of March, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within document by regular mail to the following party on this 3rd day of March, 2005.

Brian R. Cunha, Esquire
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

# 2662840_v1