AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

BRENDA WEBB

V.

JEFF ROSE ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [illegible]A 05 035S

TO: (Name and address of Defendant)

Jeff Rose, Agent For Service Steven McInnis, Esquire
38 Bellevue Avenue
Newport, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian R. Cunha, Esquire
BRIAN CUNHA & ASSOCIATES
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, [illegible] days after service of this summons upon you, exclusive of the day of service. If you fail [illegible] by default will be taken against you for the relief demanded in the complaint. You must also file your a[illegible]erk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 1/28/05

4

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 3rd 2005 |
| NAME OF SERVER *(PRINT)* KARL RUDOLF ARNDELL | TITLE |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the third-party defendant. Place where served: at the Marina, where his boat is moored
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: ______
- [ ] Returned unexecuted: ______
- [ ] Other (specify): X

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/03/2005
Date

[signature]
Signature of Server

Marcus Building, Cannegieter #42 Philipsburg, St. Maarten. N.A.
Address of Server

Karl Rudolf Arndell Gerechtsdeurwaarder

Karl R. Arndell
Gerechtsdeurwaarder
Bailiff - Marshal - Process Server
Alguacil - Huissier

C. A. Cannegieter Street
Marcus Bldg Suite # 7
P. O. Box 385
Philipsburg, St. Maarten N.A.

Office:
Fax: / Phone: 5422146

FILED
2005 MAR 17 A 10:48
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.