AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

Case Number: 05-355

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jeff Rose D/B/A Yocahu LLC

I certify that I am admitted to practice in this court.

April 4, 2005
Date

[signature]
Signature

John P. Walsh 6709
Print Name Bar Number

One Financial Plaza
Address

Providence RI 02889
City State Zip Code

(401) 824-5130 (401) 553-6850
Phone Number Fax Number

5