Case 1:05-cv-00035-S Document 8 Filed 06/15/2005 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRENDA WEBB<br>PLAINTIFF,<br>V.<br>JEFF ROSE, INDIVIDUALLY AND D/B/A YOCAHU, LLC<br>DEFENDANTS. | C.A. NO. 05-035-S |

**ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINE**

The Defendants, Jeff Rose and Yocahu, LLC (collectively the "Defendants"), hereby move this Court for an order allowing an additional 30 days to respond to the discovery propounded by the Plaintiff, Brenda Webb. In further support of this motion, the Defendants state the following:

1. Defendant Jeff Rose is out of the country, working on his yacht. This has made it very difficult for the Defendants to coordinate responses to the Plaintiff's discovery requests.

2. The Plaintiff has agreed to extend the discovery deadline by 30 days.

WHEREFORE, the Defendants respectfully request that this Court allow the Defendants' motion for an extension of time.

| PLAINTIFF BRENDA WEBB | DEFENDANTS JEFF ROSE AND YOCAHU, LLC |
|---|---|
| By her attorney,<br><br>Brian Cunha (JW)<br>Brian R. Cunha, Esq. (# 4074)<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914<br>Tel: (508) 675-9500 | by their attorneys,<br><br>R. Daniel Prentiss, Esq. (# 0783)<br>John P. Walsh, Esq. (# 6709)<br>HOLLAND & KNIGHT LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903<br>Tel: 401-751-8500<br>Fax: 401-553-6850<br>Dated: 14th day of June, 2005 |

GRANTED
William E. Smith
U.S. District Judge 7/27/05