UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRENDA WEBB<br><br>PLAINTIFF,<br><br>V.<br><br>JEFF ROSE, INDIVIDUALLY AND D/B/A YOCAHU, LLC<br><br>DEFENDANTS. | CIVIL ACTION NO. 05-035-S |

## AMENDED DEPOSITION NOTICE

**Deponent:** **Plaintiff Brenda Webb**

**Date:** **September 12, 2005**

**Time:** **11 a.m.**

**Location:** **Holland & Knight LLP**
**One Financial Plaza**
**Providence, RI 02903**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Counsel for Defendant Yocahu, LLC and Jeff Rose will take the deposition of the above-named deponent, Plaintiff Brenda Webb, at the date and time indicated herein, on oral examination, which examination will continue from day to day until complete, at the address referenced above before a Notary Public duly commissioned in the State of Rhode Island.

DEFENDANT YOCAHU LLC AND JEFF ROSE
By their attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss (# 0783)
Jennifer Cervenka (# 6340)
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

**CERTIFICATION**

I hereby certify that I sent a copy of the within document via Regular Mail on this 22nd day of August, 2005 to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway, [illegible]
115 Phenix Avenue
Cranston, RI 02920

# 3166933_v1