**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BRENDA WEBB<br><br>PLAINTIFF,<br><br>V.<br><br>JEFF ROSE, INDIVIDUALLY AND D/B/A YOCAHU, LLC<br><br>DEFENDANTS. | ) | C.A. NO. 05-035-S |

**DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE**

Defendants Jeff Rose and Yocahu LLC hereby move this Court for a 30 day extension of the discovery closure date from October 4, 2005 to November 3, 2005 for the limited purpose of conducting the deposition of Dr. Walter Roettinger.

A memorandum in support of the motion is attached hereto.

**DEFENDANTS JEFF ROSE AND YOCAHU, LLC**

By their attorneys,

R. Daniel Prentiss, Esq. (#0783)
Jennifer Cervenka, Esq. (#6340)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

**CERTIFICATION**

I hereby certify that on this 4th day of October, 2005, I sent a copy of the within document via first class mail to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

[signature]

# 3274930_v1