**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
OCT 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

BRENDA WEBB

PLAINTIFF,

v.

JEFF ROSE, INDIVIDUALLY AND D/B/A YOCAHU, LLC

DEFENDANTS.

C.A. NO. 05-035-S

DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE

Defendants Jeff Rose and Yocahu LLC hereby move this Court for a 30 day extension of the discovery closure date from October 4, 2005 to November 3, 2005 for the limited purpose of conducting the deposition of Dr. Walter Roettinger.

A memorandum in support of the motion is attached hereto.

**DEFENDANTS JEFF ROSE AND YOCAHU, LLC**

By their attorneys,

R. Daniel Prentiss, Esq. (#0783)
Jennifer Cervenka, Esq. (#6340)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

GRANTED
William E. Smith
U.S. District Judge
10/6/05

**CERTIFICATION**

I hereby certify that on this 4th day of October, 2005, I sent a copy of the within document via first class mail to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

[signature]

# 3274930_v1