# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA WEBB | * | |
| Plaintiff | * | |
| v | * | |
| | * | C.A. No.: 05-035-S |
| JEFF ROSE, Individually and | * | |
| d/b/a YOCAHU, LLC | * | |
| Defendants | * | |
| | * | |

**MOTION FOR DEFAULT JUDGMENT**

Now comes the Plaintiff in the above-entitled cause and requests this Court to Default the Defendant for his utter failure to comply with any discovery propounded in this case.

Despite numerous requests that the Defendant appear at depositions or to respond to discovery the Defendant has failed to do so. At this stage the case has been scheduled for Pre-Trail Conference on November 7, 2005, and the trial is scheduled for the week of December 6, 2005. In light of the above the Plaintiff has been severely prejudiced by the Defendant's failure to respond to discovery propounded by the plaintiff despite repeated requests to do so.

Wherefore, Plaintiff requests that Defendants be defaulted, default judgment enter and the matter be scheduled for an assessment of damages.

By her attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esq., #4074
311 Pine Street
Fall River, MA 02720
(508) 675-9500

CERTIFICATE OF SERVICE

I hereby certify that I have served the within document by regular mail to the following party on this 28th day of October, 2005.

Jennifer Cervenka, Esquire
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Brian R. Cunha, Esquire

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRENDA WEBB | * | |
| Plaintiff | * | |
| v | * | |
| | * | C.A. No.: 05-035-S |
| JEFF ROSE, Individually and | * | |
| d/b/a YOCAHU, LLC | * | |
| Defendants | * | |
| | * | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Despite numerous requests that the Defendant appear at depositions or to respond to discovery the Defendant has failed to do so. Moreover, Plaintiff understands that the Defendant will not appear at a deposition and is unlikely to appear at trial to contest liability.

At this stage the case has been scheduled for Pre-Trail Conference on November 7, 2005, and the trial is scheduled for the week of December 6, 2005. In light of the above the Plaintiff has been severely prejudiced by the Defendant's failure to respond to discovery propounded by the plaintiff despite repeated requests to do so.

Wherefore, Plaintiff requests that Defendants be defaulted, default judgment enter and the matter be scheduled for an assessment of damages.

By her attorneys,
BRIAN CUNHA & ASSOCIATES

Brian R. Cunha, Esq., #4074
311 Pine Street
Fall River, MA 02720
(508) 675-9500

CERTIFICATE OF SERVICE

I hereby certify that I have served the within document by regular mail to the following party on this 28th day of October, 2005.

Jennifer Cervenka, Esquire
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Brian R. Cunha, Esquire