# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BRENDA WEBB

PLAINTIFF,

V.

JEFF ROSE, INDIVIDUALLY AND D/B/A YOCAHU, LLC

DEFENDANTS.

C.A. NO. 05-035-S

## DEFENDANTS' OBJECTION TO MOTION FOR DEFAULT JUDGMENT

Defendants Jeff Rose and Yocahu, LLC hereby object to Plaintiff's Motion for Default Judgment.

**JEFF ROSE AND YOCAHU, LLC**

By their attorneys,

R. Daniel Prentiss, Esq. (#0783)
Jennifer Cervenka, Esq. (#6340)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

Dated: 31st day of October, 2005