**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BRENDA WEBB**

**VS.** **C.A. NO. 05-35S**

**JEFF ROSE**

**STIPULATION OF DISMISSAL**

Upon consideration of a settlement conference held before U.S. Magistrate Judge Hagopian and by agreement of the parties, it is hereby stipulated that the instant action may be dismissed with prejudice, no interest, and no costs.

Attorney for Plaintiff(s),

Brian Cunha, Esq.

Attorney for the Defendant(s),

Jennifer Cervenka, Esq.

RECOMMEND ENTRY:

Jacob Hagopian
Senior U.S. Magistrate Judge

Date: 8 Nov 05

SO ORDERED:

William E. Smith
U.S. District Judge

ENTERED:
11/9/05